```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -  X
                                          :   **UNSEALING ORDER**
UNITED STATES OF AMERICA                  :   S1 21 Cr. 377 (AKH)
                                          :
        - v. -                            :
                                          :
JOSE MEDINA,                              :
DENNY BAUTISTA,                           :
WINDELSON MONTERO, and                    :
ANGEL BENITEZ                             :
                                          :
                      Defendants.         :
- - - - - - - - - - - - - - - - - - - -  X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Matthew Weinberg;

It is found that the First Superseding Indictment in the above-captioned action, S1 21 Cr. 377, is currently sealed and the United States Attorney's Office has applied to have that First Superseding Indictment unsealed *nunc pro tunc* to July 1, 2021, it is therefore

ORDERED that the First Superseding Indictment in the above-captioned action be unsealed *nunc pro tunc* to July 1, 2021 and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:  New York, New York
        July 16, 2021

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE