UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    :
UNITED STATES OF AMERICA    :
    :    **SCHEDULING ORDER**
   -against-    :
    :    21 Cr. 377 (AKH)
JOSE MEDINA,    :
    :
            Defendant.    :
    :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for September 1, 2021, is hereby adjourned to September 14, 2021, at noon.  Time is excluded through September 14, 2021, in the interest of justice.  *See* 18. U.S.C. § 3161 *et seq*.  The conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in 5 minutes prior to the start of the conference.

        Finally, no later than September 7, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:    August 21, 2021                           _____/s/_____
           New York, New York                  ALVIN K. HELLERSTEIN
                                                                    United States District Judge