UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :     **SCHEDULING ORDER**
         -against-                 :
                                   :     21 Cr. 377 (AKH)
                                   :
                                   :
JOSE MEDINA,                       :
                                   :
                    Defendant.     :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for January 3, 2023, is adjourned to January 24, 2023 at 12:00 p.m..

      No later than January 17, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      Finally, time is excluded, in the interest of justice, until January 24, 2023.


      SO ORDERED.

Dated:    December 30, 2022           /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                              United States District Judge