UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :   **SCHEDULING ORDER**
   -against-                                     :
                                                               :   21 Cr. 377 (AKH)
JOSE MEDINA,                                                   :
                                                               :
                              Defendant.   :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Jose Medina's sentencing, currently scheduled for October 5, 2023, is adjourned until October 11, 2023 at 2:15 p.m.

      SO ORDERED.

Dated:     September 29, 2023                      /s/ Alvin Hellerstein
              New York, New York                  ALVIN K. HELLERSTEIN
                                                      United States District Judge