UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                        :

UNITED STATES OF AMERICA,        :

                                                                        :        **SCHEDULING ORDER**

         -against-                               :

                                                                         :        21 Cr. 377 (AKH)

JOSE MEDINA,                             :

                                                                         :

                                    Defendant.     :

                                                                          :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled for November 26, 2024 is hereby advanced to November 21, 2024 at 12:30 p.m.

       No later than November 18, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    November 6, 2024
             New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge

1